ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

ANDREW F. DAWSON (CABN 264421)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7019
    FAX: (415) 436-7234
    Andrew.Dawson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>   v.<br><br>JAMIE TABATABAI,<br><br>    Defendant. | CASE NO. 18-MJ-70219 MAG<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING PRELIMINARY HEARING AND EXTENDING TIME UNDER RULE 5.1 |

    The United States of America, through Andrew F. Dawson, Assistant United States Attorney, and the defendant, Jamie Tabatabai, through his counsel, hereby stipulate to continue the preliminary hearing in this matter from June 15, 2018, to July 20, 2018 at 9:30 a.m. before the Duty Magistrate. The defendant agrees that good cause exists to extend the time limits of Rule 5.1(c) to July 20, 2018.

    The parties agree that good cause exists, taking into account the public interest in the prompt disposition of criminal cases, to extend the time for the preliminary hearing to July 20, 2018. The parties hope to discuss a resolution of this matter and are hopeful that such a resolution might be reached without burdening Court with further proceedings after indictment. The government has produced a substantial quantity of discovery to the defendant, including linesheets and recordings associated with

multiple federally authorized wiretaps.  The parties are hopeful that they can reach a resolution prior to July 20, 2018.  The parties further note that the defendant has been released on bond.

The parties also agree that an exclusion of time is appropriate under the Speedy Trial Act between June 5, 2018, and July 20, 2018 for purposes of the effective preparation of counsel, and to permit counsel to conduct an investigation and consult with the defendant.  In addition, the defendant agrees to exclude for this period of time any time limits applicable under 18 U.S.C. § 3161.  The parties also agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

Dated: June 12, 2018

/s/
ANDREW F. DAWSON
Assistant United States Attorney

Dated:  June 12, 2018

/s/
GIL EISENBERG
Attorney for JAMIE TABATABAI

# [~~PROPOSED~~] ORDER

Based upon the representation of counsel and for good cause shown, the Court finds that good cause exists, taking into account the public interest in the prompt disposition of criminal cases, for extending time under Rule 5.1 and continuing the preliminary hearing from June 15, 2018, to July 20, 2018.

Therefore, IT IS HEREBY ORDERED that:

(1) The preliminary hearing or arraignment date is continued to July 20, 2018, at 9:30 a.m. before the Duty Magistrate;

(2) Good cause exists to extend the time for the preliminary hearing under Rule 5.1 to July 20, 2018; and

(3) The time until July 20, 2018 shall be excluded from computation of any time limits under the Speedy Trial Act.

DATED: 6/12/18

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge