ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

ANDREW F. DAWSON (CABN 264421)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7019
    FAX: (415) 436-7234
    Andrew.Dawson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 18-MJ-70219 MAG |
|     Plaintiff, ) | |
|     v. ) | STIPULATION AND [PROPOSED] ORDER CONTINUING PRELIMINARY HEARING AND EXTENDING TIME UNDER RULE 5.1 |
| JAMIE TABATABAI, ) | |
|     Defendant. ) | |

The United States of America, through Andrew F. Dawson, Assistant United States Attorney, and the defendant, Jamie Tabatabai, through his counsel, hereby stipulate to continue the preliminary hearing in this matter from August 31, 2018 to October 31, 2018 at 9:30 a.m. before the Duty Magistrate. The defendant agrees that good cause exists to extend the time limits of Rule 5.1(c) to October 31, 2018.

The parties agree that good cause exists, taking into account the public interest in the prompt disposition of criminal cases, to extend the time for the preliminary hearing October 31, 2018. The parties have been discussing a resolution of this matter and are hopeful that such a resolution might be reached without burdening Court with further proceedings after indictment. The government has

| | |
|---|---|
| 1 | produced a substantial quantity of discovery to the defendant, including linesheets and recordings |
| 2 | associated with multiple federally authorized wiretaps.  Defense counsel is reviewing discovery in order |
| 3 | to inform ongoing settlement discussions.  The parties further note that the defendant has been released |
| 4 | on bond. |
| 5 | The parties also agree that an exclusion of time is appropriate under the Speedy Trial Act |
| 6 | between August 31, 2018 and October 31, 2018 for purposes of the effective preparation of counsel, and |
| 7 | to permit counsel to conduct an investigation and consult with the defendant.  In addition, the defendant |
| 8 | agrees to exclude for this period of time any time limits applicable under 18 U.S.C. § 3161.  The parties |
| 9 | also agree that the ends of justice served by granting such a continuance outweigh the best interests of |
| 10 | the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A). |

Respectfully submitted,

ALEX G. TSE
United States Attorney

Dated: August 14, 2018

/s/
ANDREW F. DAWSON
Assistant United States Attorney

Dated:  August 14, 2018

/s/
GIL EISENBERG
Attorney for JAMIE TABATABAI

# [~~PROPOSED~~] ORDER

Based upon the representation of counsel and for good cause shown, the Court finds that good cause exists, taking into account the public interest in the prompt disposition of criminal cases, for extending time under Rule 5.1 and continuing the preliminary hearing from August 31, 2018, to October 31, 2018.

Therefore, IT IS HEREBY ORDERED that:

(1) The preliminary hearing or arraignment date is continued to October 31, 2018, at 9:30 a.m. before the Duty Magistrate;

(2) Good cause exists to extend the time for the preliminary hearing under Rule 5.1 to August 31, 2018; and

(3) The time until August 31, 2018 shall be excluded from computation of any time limits under the Speedy Trial Act and 18 U.S.C. § 3161.

DATED: 8/16/18

HON. KANDIS A. WESTMORE
United States Magistrate Judge